UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-163
Judge: TRAUGER
Hearing Date: 7/19/2022
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

UNITED STATES OF AMERICA
V.

HAU T. LA

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Leslie Fisher, Emily Petro

Defense Attorney(s): Lynn Ingram, Bryna Grant

## TRIAL PROCEEDINGS

1. Jury Trial* ☒
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Day 6 of jury trial. Jury Instructions given. Deliberations begin and completed. Verdict of guilty to counts 1 - 4, 6-11, 13, 14 and not guilty as to counts 5, 12, 15 and 16.
Deliberations: 10:20 a.m. -5:50 p.m.

Total Time in Court: 1 hr 15 mins

Clerk of Court
by: Katheryn Beasley