UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:22-cr-00163 |
| | ) | JUDGE TRAUGER |
| HAU T. LA | ) | |

## VERDICT

1. As to the charge contained in Count One of the indictment, we the jury find the defendant Hau T. La

    __X__ GUILTY  _____ NOT GUILTY

2. As to the charge contained in Count Two of the indictment, we the jury find the defendant Hau T. La

    __X__ GUILTY  _____ NOT GUILTY

3. As to the charge contained in Count Three of the indictment, we the jury find the defendant Hau T. La

    __X__ GUILTY  _____ NOT GUILTY

4. As to the charge contained in Count Four of the indictment, we the jury find the defendant Hau T. La

    __X__ GUILTY  _____ NOT GUILTY

5. As to the charge contained in Count Five of the indictment, we the jury find the defendant Hau T. La

    _____ GUILTY  __X__ NOT GUILTY

6. As to the charge contained in Count Six of the indictment, we the jury find the defendant Hau T. La

  __X__ GUILTY      _____ NOT GUILTY

7. As to the charge contained in Count Seven of the indictment, we the jury find the defendant Hau T. La

  __X__ GUILTY      _____ NOT GUILTY

8. As to the charge contained in Count Eight of the indictment, we the jury find the defendant Hau T. La

  __X__ GUILTY      _____ NOT GUILTY

9. As to the charge contained in Count Nine of the indictment, we the jury find the defendant Hau T. La

  __X__ GUILTY      _____ NOT GUILTY

10. As to the charge contained in Count Ten of the indictment, we the jury find the defendant Hau T. La

  __X__ GUILTY      _____ NOT GUILTY

11. As to the charge contained in Count Eleven of the indictment, we the jury find the defendant Hau T. La

  __X__ GUILTY      _____ NOT GUILTY

12. As to the charge contained in Count Twelve of the indictment, we the jury find the defendant Hau T. La

  _____ GUILTY      __X__ NOT GUILTY

13. As to the charge contained in Count Thirteen of the indictment, we the jury find the

defendant Hau T. La

    __X__ GUILTY     _____ NOT GUILTY

14. As to the charge contained in Count Fourteen of the indictment, we the jury find the defendant Hau T. La

    __X__ GUILTY     _____ NOT GUILTY

15. As to the charge contained in Count Fifteen of the indictment, we the jury find the defendant Hau T. La

    _____ GUILTY     __X__ NOT GUILTY

16. As to the charge contained in Count Sixteen of the indictment, we the jury find the defendant Hau T. La

    _____ GUILTY     __X__ NOT GUILTY

[signature]

FOREPERSON

7-19-22

DATE